# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON,<br><br>        Plaintiff,<br><br>   v.<br><br>C/O GARZA, et al.,<br><br>        Defendants. | Case No.  1:16-cv-00318-DAD-BAM-PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRISONER ACTION<br><br>ORDER VACATING JUNE 7, 2016, SCHEDULING CONFERENCE |

Plaintiff Jeremy Jamison, through his counsel, filed this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. §§ 1561 et seq.  Plaintiff, a former state prisoner, brings this action against Defendant correctional officials employed by the California Department of Corrections and Rehabilitation (CDCR) at the California Substance Abuse Treatment Facility at Corcoran, where the events at issue occurred.  The complaint was filed on March 4, 2016 and designated as a regular civil action.  On March 9, 2016, a scheduling order was entered, setting a scheduling conference for June 7, 2016, at 9:00 a.m.

The Court has reviewed the complaint and determined that the present action involves a prisoner litigating the conditions of his confinement.  Consequently, the administrative designation should reflect this, and this matter should proceed according to the rules governing actions involving a prisoner litigating the conditions of his confinement.  This includes Local

Rule 230(l) on motions in prisoner actions.[1]   This matter is also excepted from the mandatory scheduling conference requirement, pursuant to Local Rule 240(c)(8).

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of Court SHALL change the administrative designation of the present case to reflect that of a prisoner litigating the conditions of his confinement;
2. The assignment of this matter to a District Judge is VACATED;
3. The Clerk of Court SHALL designate the case number in this action as follows: Case No. 1:16-cv-00318-BAM (PC);
4. The Initial Scheduling Conference set for June 7, 2016, is VACATED.

IT IS SO ORDERED.

Dated:   **May 31, 2016**                         /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is represented by counsel in this case.  Although Local Rule 230(l) and certain other local rules refer to actions wherein one party is incarcerated and proceeding in propria persona, the parties are advised that the Court generally applies these same rules to matters in which Plaintiff is represented by counsel.