# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON,<br><br>      Plaintiff,<br><br>   v.<br><br>C/O GARZA, et al.,<br><br>      Defendants. | Case No.  1:16-cv-00318-BAM-PC<br><br>ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(ECF NO. 6)<br><br>OPPOSITION DUE JULY 15, 2016 |

    Plaintiff, a former state prisoner, is proceeding with retained counsel in this civil rights action pursuant to 42 U.S.C. §1983.  On June 20, 2016, the parties submitted a stipulation to extend the time to file opposition to Defendants' June 6, 2016, motion to dismiss.  The parties stipulate to extend the deadline for filing opposition to July 15, 2016.  No previous extensions of time have been sought.

    Good cause appearing, IT IS HEREBY ORDERED that the deadline for filing Plaintiff's opposition to Defendants' motion to dismiss is extended to July 15, 2016.

IT IS SO ORDERED.

    Dated:  **June 21, 2016**                 /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28